HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JONATHON R. LEFLER and KEVIN R. COLBY,

    Defendants.

Case No. CR07-5511RBL

ORDER

THIS MATTER is before the Court on Defendant Lefler's Request for Pre-Trial Notice of Evidence of Other Crimes, Wrongs or Acts [Dkt. #24] and Motion for Disclosure of Impeaching Information [Dkt. #25]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

In the response to the motions [Dkt. #28] the government provided notice to the defendant of other crimes, wrongs or acts evidence they will seek to introduce either as "inextricably intertwined" with the charged crimes or under Fed. R. Evid. 404(b). Therefore, defendant's request [Dkt. #24] is **DENIED** as **MOOT**.

The government further indicates that it has provided or is willing to provide all impeaching information that it is required to disclose under *Brady* and *Giglio*. Furthermore, pretrial disclosure of Jenks material is not required, 18 U.S.C. §3500(b), but consistent with the practice in this district the government

indicates that it will provide that information to the defense the week before trial.  Therefore, defendant's motion [Dkt. #25] is **DENIED** as **MOOT**.

**IT IS SO ORDERED.**

Dated this 19th day of February, 2008.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE